IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LINDA POWELL,

   Appellant,

                Case No.  5D21-3179
 v.              LT Case No. 2018-CC-000739


D&D VILLAGE CONSTRUCTION, INC.,
A FLORIDA CORPORATION AND
IRENE DEMMIE,

   Appellees.
_____/

Opinion filed November 22, 2022

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Joseph C. Shoemaker, of Bogin,
Munns & Munns, P.A., Leesburg, for
Appellant.

Scott A. Gerken and William Grant
Watson, of Stone & Gerken, P.A.,
Mount Dora, for Appellee.


PER CURIAM.

  AFFIRMED.  *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150,

1152 (Fla. 1979) and *Moody v. Newton*, 264 So. 3d 292, 294 (Fla. 5th DCA 2019).


WALLIS, EDWARDS and HARRIS, JJ., concur.